UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD LEE SULLIVAN, | No. C 12-970 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ALAMEDA COUNTY SHERIFF'S DEPT.; et al., | |
| Defendants. | |

This action is dismissed without prejudice to plaintiff filing a new action if his criminal conviction is ever set aside.

IT IS SO ORDERED AND ADJUDGED.

Dated: May _3, 2012

_____
SUSAN ILLSTON
United States District Judge